IN THE UNITED STATES DISTRICT COURT
EASTERN DISTRICT OF ARKANSAS
JONESBORO DIVISION

**TRACIE L. TURNER**                                                                **PLAINTIFF**

VS.                    **CASE NO. 3:16CV00170 PSH**

**NANCY A. BERRYHILL, Acting Commissioner,**
    **Social Security Administration**                                 **DEFENDANT**

**ORDER**

The motion to substitute counsel of record (docket entry no. 16) is granted.

IT IS SO ORDERED this 6th day of February, 2017.

_____
UNITED STATES MAGISTRATE JUDGE