# IN THE UNITED STATES DISTRICT COURT
## EASTERN DISTRICT OF ARKANSAS
### JONESBORO DIVISION

**BEVERLY D. BEASLEY**                                                                       **PLAINTIFF**

**VS.**                                  **3:16CV00198 BRW/PSH**

**NANCY A. BERRYHILL,**
**Acting Commissioner, Social**
**Security Administration**                                                              **DEFENDANT**

### ORDER

The Court has received proposed Findings and Recommendations from Magistrate Judge Patricia S. Harris.  After careful review, the Court approves and adopts the Findings and Recommendations in their entirety.

Accordingly, this case is remanded for further proceedings.  This is a "sentence four" remand within the meaning of 42 U.S.C. § 405(g) and *Melkonyan v. Sullivan*, 501 U.S. 89 (1991).

IT IS SO ORDERED this 16th day of February, 2017.

                                          /s/ Billy Roy Wilson
                                          UNITED STATES DISTRICT JUDGE