**IN THE UNITED STATES DISTRICT COURT**
**EASTERN DISTRICT OF ARKANSAS**
**WESTERN DIVISION**

**BEVERLY D. BEASLEY**                                                          **PLAINTIFF**

**VS.**                                    **3:16-CV-000198-BRW**

**NANCY A. BERRYHILL**                                                          **DEFENDANT**
**Acting Commissioner,**
**Social Security Administration**

## ORDER

Pending is Plaintiff's Application for Attorney's Fees pursuant to the Equal Access to

Justice Act (EAJA), 28 U.S.C. § 2412 (Doc. No. 13). Defendant does not object.[1]

Since the hours spent by counsel were reasonable, the motion is GRANTED and Plaintiff

is entitled to attorney's fees in the amount of $2,147.51,[2] and costs totaling $194.30, for a total of

$2,341.81.

The EAJA fee award is payable to Plaintiff and mailed to Plaintiff's counsel, but subject

to any offset to satisfy any pre-existing debt owed to the United States.[3]

IT IS SO ORDERED this 27th day of April, 2017.

                                                    /s/ Billy Roy Wilson
                                                     UNITED STATES DISTRICT JUDGE

---

[1]Doc. No. 14.

[2]Doc. No. 13 ($190.89/hr for 11.25 hours).

[3]*Astrue v. Ratliff*, 130 S. Ct. 2521, 2527-28 (2010).